**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6326**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

        v.

JOSEPH ZIADEH,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.  (3:02-cr-00273-JRS-1)

Submitted:  July 19, 2012              Decided:  August 1, 2012

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Ziadeh, Appellant Pro Se.  Gurney Wingate Grant, II, Jonathan Holland Hambrick, Robert P. McIntosh, Assistant United States Attorneys, Gregg Robert Nivala, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Ziadeh appeals the district court's order denying his motion to vacate the district court's previous order appointing a receiver for the sale of certain real property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Ziadeh, No. 3:02-cr-00273-JRS-1 (E.D. Va. Jan, 4, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED